UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FOREMOST INSURANCE COMPANY, :
          Plaintiff, :
           :
     v. : No. 5:17-cv-02843
           :
NOSAM, LLC; GINA SYLVESTRE; :
JEFFREY LEBRUN; and BARBARA LEBRUN, :
          Defendants. :

# **O R D E R**

**AND NOW**, this 11th day of January, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. This Court will exercise jurisdiction under the Declaratory Judgment Act.

2. Plaintiff's Motion for Summary Judgment, ECF No. 15, is **DENIED without prejudice** to be refiled after a period of discovery.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge