UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

FOREMOST INSURANCE COMPANY, :
        Plaintiff, :
         :
    v. : No. 5:17-cv-02843
         :
NOSAM, LLC; CATHY KOPICZ;[1] :
GINA SYLVESTRE; JEFFREY LEBRUN; :
and BARBARA LEBRUN, :
        Defendants. :

---

**O R D E R**

**AND NOW**, this 5th day of November, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    Plaintiff's Motion for Summary Judgment, ECF No. 22, is **GRANTED**;

    2.    **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant: Foremost Insurance Company has no duty or obligation to defend or to indemnify Nosam, LLC in *Gina Sylvestre Jeffrey and Barbara LeBrun v. Nosam, LLC, et al.*, No. 17-1464 (Berks Ct. C.P.).

    3.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Cathy Kopicz (spelled Cathy "Copicz" in the state case) was terminated as a party to this action on August 23, 2017, because she was dismissed from the state case.